**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMISTAD CHRISTIANA CHURCH, JOEL H. MENCHACA, and JOELDA MAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01413-APG-CWH<br><br>**ORDER SETTING HEARING**<br><br>(DKT. #8, #11, #12) |

IT IS ORDERED that oral argument on defendants' motion to dismiss (Dkt. #8), plaintiffs' motion for preliminary injunction (Dkt. #11), and defendant Life is Beautiful, LLC's motion to dismiss (Dkt. #12) will be held **on Thursday, September 17, 2015 on a stacked calendar at 2:00 p.m. at the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law**.

DATED this 2nd day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE